

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00897-CV

In the Interest of **D.E.P.**, a Child

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00219
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Counsel's request to withdraw as counsel of record is DENIED. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016) ("[A]n *Anders* motion to withdraw brought in the court of appeals, in the absence of additional grounds for withdrawal, may be premature."). No costs are assessed against appellant because he qualifies as indigent. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED May 8, 2019.

_____
Irene Rios, Justice